UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JESSICA A. STEWART,

    Plaintiff,

                                   Case No. 2:25-cv-170

v.

                                   HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 22, 2026, recommending that this Court reverse and remand the Commissioner's decision.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 19) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is REVERSED AND REMANDED for further factual findings, pursuant to sentence four of 42 U.S.C. § 405(g).

A Judgment will be entered consistent with this Order.

Dated:  June 11, 2026                              /s/  Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge