UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JESSICA A. STEWART,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_______________________________________/

Case No. 2:25-cv-170

HONORABLE PAUL L. MALONEY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff filed an application for attorney fees under the Equal Access to Justice Act (EAJA). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 14, 2026, recommending that this Court grant the fee request in part. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's application for EAJA fees (ECF No. 22) is GRANTED IN PART. Plaintiff is awarded fees in the amount of $8,997.60 and such shall be paid directly to Plaintiff.

Dated: October 22, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge